|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO LOPEZ GONZALEZ, <br><br> Defendants. | ***E-FILED - 11/28/07*** <br><br> NO. CR-99-20254-RMW <br><br> ORDER RE RETURN OF PROPERTY <br> (Docket #57) |

On July 21, 2005 the court received a letter from Ricardo Gonzalez indicating that he had not received his personal property nor a response from the government following the court's order to respond to his motion for return of property. The court assumes that Mr. Gonzalez has now received his property but notes that it never entered a ruling on his motion. The motion is hereby denied as moot. In the copy of this Notice and Order going to Mr. Gonzalez, the court includes a copy of the government's response in case Mr. Gonzalez has not obtained the property from Attorney Frank Carson's law office.

DATED: 11/27/07

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDER RE RETURN OF PROPERTY
NO. CR-99-20254-RMW

Copy of Order Mailed to:

Ricardo Lopez Gonzalez
Federal Reg. No. 99443-011
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

John N. Glang
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

ORDER RE RETURN OF PROPERTY
NO.  CR-99-20254-RMW                                      2